**Continuing Abatement Order filed January 17, 2014.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-13-00993-CV

---

## IN RE PATRICIA ANN POTTS, INDIVIDUALLY AND AS NEXT FRIEND OF A.M.W., A CHILD, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-74161[1]**

---

## CONTINUING ABATEMENT ORDER

On November 8, 2013, relator Patricia Ann Potts, individually and as next friend of A.M.W., a child, filed a petition for writ of mandamus in this Court. *See*

---

[1] Relator was adjudged a vexatious litigant in Cause No. 2009-74161 by the Honorable Mike Miller, presiding judge of the 11th District Court of Harris County. Judge Miller's judgment prohibits relator from filing, *in propria persona*, any new litigation in this state without the permission of a local administrative judge. This original proceeding stems from the denial of such permission in a new litigation for which a separate cause number has not been assigned. *See* Tex. Civ. Prac. & Rem. Code § 11.102(f).

Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel respondent, the Honorable Ken Wise, local administrative judge of Harris County, to vacate his order dated October 10, 2013, denying her request as a vexatious litigant to file suit against Affiliated Computer Services, Inc.

When relator filed her petition, respondent no longer held public office as the local administrative judge of Harris County. By rule, we must abate this original proceeding to permit respondent's successor to reconsider the decision regarding relator's request. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did."). Accordingly, on November 19, 2013, we abated this case until December 19, 2013, and directed the new administrative judge of Harris County to advise this Court of the action taken on relator's request.

The new administrative judge of Harris County has not advised this Court of the action taken on relator's request. Therefore, this Court **ORDERS** the abatement of this case continued until **February 17, 2014**, at which time the new administrative judge of Harris County shall advise this Court of the action taken on relator's request. This Court will then consider a motion to reinstate or dismiss this original proceeding, as appropriate.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.